UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEKEDRIEON RUSSELL,<br><br>    Plaintiff,<br><br>v.<br><br>NEILL MOONEY, MOUNT VERNON JUSTICE CENTER COUNTY JAIL, C. GREENWOOD, JENNIFER ROBERTS, A. BLANDFORD, J. CARLTON, B. HUFF, A. MEYERS, LT. HAYNES, LT. BONNIE MAY, C/O SPARTEGUES, CAPT. MOUNT, JEFF CLARK, NURSE SHIRLEY, DR. PAULIUS, C/O FORTAG, C/O EDWARDS, DEPUTY TRAVIS SCOTT, C/O NANCY, C/O CONWAY and C/O MCKENNETH,<br><br>    Defendants. | Case No. 17-cv-570-JPG-SCW |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 31) of Magistrate Judge Stephen C. William recommending that the Court grant defendant Captain James Mount's motion for summary judgment (Doc. 27) and dismiss plaintiff Lekedrieon Russell's claim against Mount without prejudice for failure to exhaust administrative remedies.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 31);

- **GRANTS** Mount's motion for summary judgment (Doc. 27);

- **DISMISSES** Count 1 against defendant Mounts **without prejudice** for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a); and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   May 29, 2018**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**